# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

FILED
DISTRICT COURT OF GUAM
FEB -8 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

WAI HUNG PAUL CHOW

CRIMINAL CASE NO. 03-00085-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **January 24, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____, acting
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Karon V. Johnson, AUSA
Richard Arens, AFPD
Guam Bureau of Immigration and Customs Enforcement
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 8th day of February 2007.

_____
HON. FRANCES M. TYDINGO-GATEWOOD
Chief Judge
District of Guam

RECEIVED
FEB -7 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM
ORIGINAL